UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHICO COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO.  07-0211** |
| **MARLIN N. GUSMAN, SHERIFF, RICHARD STALDER, KATHLEEN BLANCO, C. RAY NAGIN, UNKNOWN DEPUTIES** | **SECTION "N"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. No. 12)** filed by Governor Kathleen Blanco and Secretary Richard Stalder is **GRANTED** and the Title 42 U.S.C. § 1983 claims brought by Chico Collins against them, in their individual capacities, are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss Pursuant to FRCP 12(b)(6) (Rec. Doc. No. 13)** filed by Mayor C. Ray Nagin is **GRANTED** and Collins's § 1983 claims against



him, in his individual and official capacities, are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Collins's § 1983 claims against Governor Blanco and Secretary Stalder, in their official capacities, Sheriff Marlin Gusman, and the unknown deputies, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915e and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Collins's state law claims against the defendants be **DISMISSED WITHOUT PREJUDICE** to his ability to pursue the claims in the appropriate state forum because the Court declines to exercise its supplemental jurisdiction.

New Orleans, Louisiana, this _13th_ day of _February_, 2008.

_____
UNITED STATES DISTRICT JUDGE